UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN H. CROSWAITE II, | Case No. 10-5749 RBL/KLS |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by Mathews, Secretary of H.E.W. v. Weber, 423 U.S. 261 (1976). This matter is before the Court on the stipulated motion for remand. (ECF #26). After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings, including a de novo hearing, at which the administrative law judge (the ALJ) will perform a new, complete sequential evaluation of Plaintiff's disability claim.

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and

REPORT AND RECOMMENDATION - 1

1   **REMANDED.** A proposed order accompanies this Report and Recommendation.

2       DATED this 13th day of July, 2011.

                                                Karen L. Strombom
                                                United States Magistrate Judge

REPORT AND RECOMMENDATION - 2