UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN H. CROSWAITE II,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | Case No. 10-5749 RBL/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #27] recommending that this case be remanded, based on the stipulation of the parties [ECF #26]. It is therefore ORDERED

(1) The Court ADOPTS the Report and Recommendation;

(2) The Court REVERSES and REMANDS for further administrative proceedings; and

(3) The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 18th day of July, 2011.

                                /s/ Ronald B. Leighton
                                RONALD B. LEIGHTON
                                UNITED STATES DISTRICT JUDGE

REPORT AND RECOMMENDATION - 1